

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature: Harlin DeWayne Hale]*

Signed August 31, 2006                                                    **United States Bankruptcy Judge**

---

**Michael J. Schroeder, P.C.**
3610 North Josey Lane, Suite 206
Carrollton, Texas 75007
(972) 394-3086
FAX (972) 394-1263

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JOHN MICHAEL FLANNERY | § | Case No. 06-70232-HDH-13 |
| KATIE MARGARET FLANNERY | § | Chapter 13 |
| DEBTORS | § | Document #15 |

### AGREED ORDER ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

On the date stated below, came on to be considered the Objection to Plan Confirmation filed by NEW CENTURY MORTGAGE CORPORATION ("CREDITOR"); and the parties appeared through their counsel; and the parties announced that an agreement had been reached in this matter.

The parties have agreed that:

1. The Chapter 13 Plan is to be corrected to include the correct pre-petition arrearage claim owed to this CREDITOR according to its Proof of Claim in the amount of $7,315.86.

Page -1-

    2. The Chapter 13 Plan is to be corrected to pay the arrearage owed to CREDITOR at the rate of 9.75 % APR as set forth in the parties' contract.

    IT IS THEREFORE ORDERED that the claim of NEW CENTURY MORTGAGE CORPORATION, is hereby allowed as a Home Mortgage SECURED claim in the amount of $71,214.45 with pre-petition arrearages in the amount of $7,315.86 at 9.75 % APR, to be paid through the Debtor's Chapter 13 Plan, with the Chapter 13 Trustee as disbursing agent.

    IT IS FURTHER ORDERED that the provisions of Bankruptcy Rule 4001 (a) (3) shall not apply to this order.

APPROVED:

| /s/ Monte J. White | /s/ Michael J. Schroeder |
|---|---|
| MONTE J. WHITE | MICHAEL J. SCHROEDER |
| Attorney for Debtor (s) | Attorney for Movant |

###END OF ORDER###

Case No.06-70232-HDH-13
NCM-1147/1965363

After Entry, Return copy to:
Michael J. Schroeder
3610 North Josey Lane, Suite 206
Carrollton, TX 75007
Phone #972-394-3086
Fax #972-394-1263