```
NEW CENTURY MORTGAGE           -680                        PAGE        1
1610 E. ST. ANDREW PLACE                                   DATE 03/13/07
SUITE B150
SANTA ANA        CA 92705
                                           HISTORY FOR ACCOUNT   1965363

--------- MAIL ---------------------- --------- PROPERTY ---------------

KATIE BROWN FLANNERY

2949 STEARNS                           2949 STEARNS

   WICHITA FALLS       TX 76308-0000 WICHITA FALLS       TX 76308-0000

------ DATES ------    ---- CURRENT BALANCES -----   ------- UNCOLLECTED -------
PAID TO    08/01/06    PRINCIPAL         65802.12    LATE CHARGES       -370.60
NEXT DUE   09/01/06    ESCROW            -2085.74    OPTIONAL INS          0.00
LAST PMT   03/02/07    UNAPPLIED FUND      474.59    INTEREST              0.00
AUDIT DT   01/27/05    UNAPPLIED CODES         *     FEES              -2367.50
                       BUYDOWN    FUND       0.00    ------ YEAR TO DATE -------
   LAST ACTIVITY       BUYDOWN    CODE         .     INTEREST           2141.43
        03/05/07                                     TAXES                 0.00


POST   TRN  DUE      TRANSACTION      PRINCIPAL       INTEREST       ESCROW
DATE   CDE  DATE     AMOUNT           PAID            PAID           PAID
------ ---  ------   ---------------  -------------   ------------   -------------
020405 ITR  020105   OLD INV    1      200 P-BAL      66400.00 INT           .00
                     NEW INV    3      900  PERCENT OWNED  .0000  ACTION CD 000
022505 ITR  020105   OLD INV    3      900 P-BAL      66400.00 INT           .00
                     NEW INV  260      100  PERCENT OWNED  .0000  ACTION CD 000
022505 FB   020105            15.00  99 SPEED PAY FEE (ACH)
022505 FEA  020105            15.00  99 SPEED PAY FEE (ACH)
022505 AP   030105           570.48          30.98         539.50           .00
033105 FB   030105            15.00 171 SPEED PAY FEE (ACH)
033105 FEA  030105            15.00 171 SPEED PAY FEE (ACH)
033105 AP   040105           570.48          31.23         539.25           .00
051305 AP   050105           570.48          31.49         538.99           .00
060205 E10  050105          -408.51  PAYEE = 2450.22415        .00      -408.51
061405 M10  050105          -136.17  PAYEE = 2450.22415        .00      -136.17
070705 E10  050105          -136.17  PAYEE = 2450.22415        .00      -136.17
080205 FB   050105             8.75  11 PROP INSPECTION FEE
081105 E10  050105          -136.17  PAYEE = 2450.22415        .00      -136.17
081705 UI   050105              .00             .00            .00           .00
                     OPT PREMIUMS                .00  LATE CHARGE PYMT    -85.56*
081705 AA   050105              .00             .00            .00           .00
                     OPT PREMIUMS                .00  LATE CHARGE PYMT    -85.56*
081805 RPY  082005   PAID  1277.13 DUE  1277.13 SHORT       .00 TELLER       94
081805 AP   060105           570.48          31.74         538.74           .00
081805 AP   070105           570.48          32.00         538.48           .00
081805 UFF  070105   UNAPPLIED FUNDS (2)              136.17 BALANCE      136.17
081805 SRA  070105           136.17             .00            .00           .00
090805 E10  070105          -136.17  PAYEE = 2450.22415        .00      -136.17
092105 FB   070105            15.00 171 SPEEDPAY

OTH 1023
```

```
HISTORY FOR ACCOUNT      1965363                          PAGE       2
                                                          DATE 03/13/07


---------- MAIL ------------------------  --------- PROPERTY ----------------

KATIE BROWN FLANNERY

2949 STEARNS                              2949 STEARNS

WICHITA FALLS       TX 76308-0000 WICHITA FALLS        TX 76308-0000

------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION     PRINCIPAL       INTEREST       ESCROW
DATE  CDE  DATE   AMOUNT          PAID            PAID           PAID
----- ---- ------ --------------- --------------- -------------- --------------
092105 FEA 070105         15.00 171 SPEEDPAY
092105 RPY 092005    PAID 1277.13 DUE  1277.13 SHORT       .00 TELLER     94
092105 AP  080105        706.65           32.26          538.22          136.17
092105 AP  090105        706.65           32.52          537.96          136.17
092105 UFF 090105   UNAPPLIED FUNDS (2)           -136.17 BALANCE         0.00
092105 SRA 090105       -136.17             .00            .00             .00
092705 FB  090105          2.00  11 PROP INSPECTION FEE
100605 E10 090105       -136.17  PAYEE = 2450.22415        .00         -136.17
102605 FB  090105         15.00 171 SPEEDPAY
102605 FEA 090105         15.00 171 SPEEDPAY
102605 UI  100105           .00             .00            .00             .00
             OPT PREMIUMS                 .00  LATE CHARGE PYMT     85.56*
102605 AP  100105        820.73           32.79          537.69         136.17
             OPT PREMIUMS                 .00  LATE CHARGE PYMT    114.08
102605 FWA 100105          8.75  11 PROP INSPECTION FEE
102605 FWA 100105          2.00  11 PROP INSPECTION FEE
111005 E10 100105       -136.17  PAYEE = 2450.22415        .00         -136.17
111505 FB  100105         15.00 171 SPEEDPAY
111505 FEA 100105         15.00 171 SPEEDPAY
111505 AP  110105        706.65           33.05          537.43         136.17
112905 FB  110105         70.00  11 PROP INSPECTION FEE
120805 E10 110105       -136.17  PAYEE = 2450.22415        .00         -136.17
011206 E10 110105       -136.17  PAYEE = 2450.22415        .00         -136.17
020206 FB  110105          8.75  11 PROP INSPECTION FEE
020906 E10 110105       -136.20  PAYEE = 2450.22415        .00         -136.20
030906 E10 110105       -136.17  PAYEE = 2450.22415        .00         -136.17
032806 FB  110105          8.25  11 PROP INSPECTION FEE
040606 E10 110105       -136.17  PAYEE = 2450.22415        .00         -136.17
042006 E90 110105      -1608.97  PAYEE = 0243.00000        .00        -1608.97
042006 FB  110105        125.00   40 EXPENSE ADVANCES
051106 E10 110105       -136.17  PAYEE = 2450.22415        .00         -136.17
052606 FB  110105          8.25  11 PROP INSPECTION FEE
060806 E10 110105       -136.17  PAYEE = 2450.22415        .00         -136.17
071306 E10 110105       -136.17  PAYEE = 2450.22415        .00         -136.17
072506 UI  110105           .00             .00            .00             .00
             OPT PREMIUMS                 .00  LATE CHARGE PYMT   -228.16*

OTH 1023
```

```
HISTORY FOR ACCOUNT       1965363                              PAGE       3
                                                               DATE 03/13/07


---------- MAIL -------------------------  --------- PROPERTY ----------------

KATIE BROWN FLANNERY

2949 STEARNS                               2949 STEARNS

WICHITA FALLS         TX 76308-0000 WICHITA FALLS         TX 76308-0000

--------------------------------------------------------------------------
POST   TRN  DUE     TRANSACTION      PRINCIPAL      INTEREST       ESCROW
DATE   CDE  DATE    AMOUNT           PAID           PAID           PAID
------ ---  ------  ---------------  -------------  -------------  --------

072506 AA   110105          .00              .00            .00           .00
                 OPT PREMIUMS               .00  LATE CHARGE PYMT   -228.16*
072506 FB   110105         8.25   11 PROP INSPECTION FEE
072806 R10  110105        67.94              .00            .00         67.94
081006 POS  080106  PAID   570.00 DUE   706.65 SHORT       .00 TELLER  3005
081006 UF*  110105  UNAPPLIED FUNDS (2)          570.00  BALANCE      570.00
081006 SR   110105       570.00              .00            .00           .00
081506 FB   110105       150.00   40 EXPENSE ADVANCES
081506 FB   110105       100.00   40 EXPENSE ADVANCES
082106 FB   110105       825.00   40 EXPENSE ADVANCES
082106 FB   110105       175.00   40 EXPENSE ADVANCES
082106 FB   110105       209.00   40 EXPENSE ADVANCES
082106 FB   110105         5.25   40 EXPENSE ADVANCES
082406 FB   110105        10.25   11 PROP INSPECTION FEE
090506 UFT  110105  UNAPPLIED FUNDS (3)           87.50  BALANCE       87.50
090506 SR   110105        87.50              .00            .00           .00
091206 POS  080106  PAID   570.00 DUE   706.65  OVER    136.65 TELLER  3005
091206 RP   120105       706.65            33.32         537.16        136.17
091206 UF*  120105  UNAPPLIED FUNDS (2)         -136.65  BALANCE       433.35
091206 SR0  120105      -136.65              .00            .00           .00
091206 UI   120105          .00              .00            .00           .00
                 OPT PREMIUMS               .00  LATE CHARGE PYMT    -28.44*
091206 AA   120105          .00              .00            .00           .00
                 OPT PREMIUMS               .00  LATE CHARGE PYMT    -28.44*
092106 FB   120105       575.00   40 EXPENSE ADVANCES
092106 FB   120105        40.00   40 EXPENSE ADVANCES
092506 FB   120105         8.25   11 PROP INSPECTION FEE
100306 SR   120105          .00              .00            .00           .00
100306 UFT  120105  UNAPPLIED FUNDS (3)          364.49  BALANCE       451.99
100306 SR   120105       364.49              .00            .00           .00
101806 POS  090106  PAID   570.00 DUE   706.65  OVER    136.65 TELLER  3005
101806 RP   010106       706.65            33.59         536.89        136.17
101806 UF*  010106  UNAPPLIED FUNDS (2)         -136.65  BALANCE       296.70
101806 SR0  010106      -136.65              .00            .00           .00
101806 UI   010106          .00              .00            .00           .00
                 OPT PREMIUMS               .00  LATE CHARGE PYMT    -28.50*

OTH 1023
```

```
HISTORY FOR ACCOUNT    1965363                              PAGE        4
                                                            DATE 03/13/07


--------- MAIL --------------------- --------- PROPERTY ----------------

KATIE BROWN FLANNERY

2949 STEARNS                          2949 STEARNS

WICHITA FALLS        TX 76308-0000 WICHITA FALLS        TX 76308-0000

-----------------------------------------------------------------------
POST   TRN  DUE     TRANSACTION      PRINCIPAL        INTEREST        ESCROW
DATE   CDE  DATE    AMOUNT           PAID             PAID            PAID
------ ---  ------  ---------------  --------------   -------------   -------------
101806 AA   010106             .00             .00             .00             .00
                    OPT PREMIUMS                .00  LATE CHARGE PYMT    -28.50*
102006 FB   010106          8.25  11 PROP INSPECTION FEE
110206 UFT  010106  UNAPPLIED FUNDS (3)          364.49  BALANCE       816.48
110206 SR   010106          364.49             .00             .00             .00
111006 UFT  010106  UNAPPLIED FUNDS (3)         -816.48  BALANCE         0.00
111006 SR7  010106         -816.48             .00             .00             .00
111006 PRE  100106  PAID   816.48 DUE    731.58 SHORT    -84.90 TELLER  3005
111006 RP   020106          706.65           33.86          536.62          136.17
111006 UF*  020106  UNAPPLIED FUNDS (2)          109.83  BALANCE       406.53
111006 SR   020106          109.83             .00             .00             .00
111606 POS  100106  PAID   570.00 DUE    706.65 OVER     136.65 TELLER  3018
111606 RP   030106          706.65           34.14          536.34          136.17
111606 UF*  030106  UNAPPLIED FUNDS (2)         -136.65  BALANCE       269.88
111606 SR0  030106         -136.65             .00             .00             .00
111606 UI   030106             .00             .00             .00             .00
                    OPT PREMIUMS                .00  LATE CHARGE PYMT    -28.50*
111606 AA   030106             .00             .00             .00             .00
                    OPT PREMIUMS                .00  LATE CHARGE PYMT    -28.50*
112106 FB   030106          8.25  11 PROP INSPECTION FEE
120406 PRE  040107  PAID   364.49 DUE    243.86 SHORT   -120.63 TELLER  3005
120406 UF*  030106  UNAPPLIED FUNDS (2)          364.49  BALANCE       634.37
120406 SR   030106          364.49             .00             .00             .00
121806 POS  110106  PAID   570.00 DUE    706.65 OVER     136.65 TELLER  3005
121806 RP   040106          706.65           34.42          536.06          136.17
121806 UF*  040106  UNAPPLIED FUNDS (2)         -136.65  BALANCE       497.72
121806 SR0  040106         -136.65             .00             .00             .00
121806 UI   040106             .00             .00             .00             .00
                    OPT PREMIUMS                .00  LATE CHARGE PYMT    -28.50*
121806 AA   040106             .00             .00             .00             .00
                    OPT PREMIUMS                .00  LATE CHARGE PYMT    -28.50*
122106 FB   040106          8.25  11 PROP INSPECTION FEE
010307 PRE  060107  PAID   364.49 DUE    243.86 SHORT   -120.63 TELLER  3005
010307 RP   050106          706.65           34.70          535.78          136.17
010307 UF*  050106  UNAPPLIED FUNDS (2)         -342.16  BALANCE       155.56
010307 SR0  050106         -342.16             .00             .00             .00
011707 POS  120106  PAID   570.00 DUE    706.65 SHORT       .00 TELLER  3005
011707 UF*  050106  UNAPPLIED FUNDS (2)          570.00  BALANCE       725.56

   OTH 1023
```

```
HISTORY FOR ACCOUNT     1965363                              PAGE       5
                                                             DATE 03/13/07


--------- MAIL ---------------------- ---------- PROPERTY ----------------

KATIE BROWN FLANNERY

2949 STEARNS                              2949 STEARNS

WICHITA FALLS         TX 76308-0000 WICHITA FALLS         TX 76308-0000

-------------------------------------------------------------------------

POST    TRN DUE      TRANSACTION     PRINCIPAL        INTEREST       ESCROW
DATE    CDE DATE     AMOUNT          PAID             PAID           PAID

011707 SR  050106          570.00          .00             .00            .00
012307 FB  050106            8.25   11 PROP INSPECTION FEE
020207 PRE 080107    PAID   364.49 DUE   243.86 SHORT   -120.63 TELLER  3005
020207 UF* 050106    UNAPPLIED FUNDS (2)          364.49   BALANCE      1090.05
020207 SR  050106          364.49          .00             .00            .00
020707 POS 120106    PAID   570.00 DUE   706.65 OVER     136.65 TELLER  3005
020707 RP  060106          706.65        34.98          535.50         136.17
020707 UF* 060106    UNAPPLIED FUNDS (2)         -136.65   BALANCE       953.40
020707 SR0 060106         -136.65          .00             .00            .00
020707 UI  060106             .00          .00             .00            .00
           OPT PREMIUMS                     .00  LATE CHARGE PYMT    -28.50*
020707 AA  060106             .00          .00             .00            .00
           OPT PREMIUMS                     .00  LATE CHARGE PYMT    -28.50*
022007 FB  060106            8.25   11 PROP INSPECTION FEE
022807 POS 010107    PAID   570.00 DUE   706.65 SHORT   -570.00 TELLER  3005
022807 RP  070106          706.65        35.26          535.22         136.17
022807 UF* 070106    UNAPPLIED FUNDS (2)         -136.65   BALANCE       816.75
022807 SR0 070106         -136.65          .00             .00            .00
030507 PRE 100107    PAID   364.49 DUE   243.86 SHORT   -120.63 TELLER  3005
030507 RP  080106          706.65        35.55          534.93         136.17
030507 UF* 080106    UNAPPLIED FUNDS (2)         -342.16   BALANCE       474.59
030507 SR0 080106         -342.16          .00             .00            .00




END OF HISTORY

   OTH 1023
```