IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In re:  JOHN MICHAEL FLANNERY | § | |
| KATIE MARGARET FLANNERY | § | Case No. 06-70232-HDH-13 |
| | § | Chapter 13 |
| NEW CENTURY MORTGAGE CORPORATION | § | |
| Movant, | § | |
| vs. | § | |
| JOHN MICHAEL FLANNERY & | § | |
| KATIE MARGARET FLANNERY, Debtor(s), | § | |
| and WALTER O'CHESKEY, Trustee, | § | |
| Respondents. | § | |

## MOTION TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE HONORABLE OF JUDGE OF SAID COURT;

COMES NOW, NEW CENTURY MORTGAGE CORPORATION, Movant, and files this Motion to Withdraw its Motion for Relief from Automatic Stay and in support thereof would show the following:

1. On MARCH 28, 2007, a Motion for Relief from Stay was filed by the Movant.

2. Movant wishes to withdraw its Motion for Relief from Stay without prejudice.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court grant its Motion to Withdraw its Motion for Relief from Stay without prejudice and for such other relief Movant may be entitled to at law or equity.

Date: September 27, 2007

                                                Respectfully Submitted,

                                                /s/  Michael J. Schroeder
                                                Michael J. Schroeder
                                                State Bar No. 17817380
                                                3610 North Josey Lane, Suite 206
                                                Carrollton, Texas 75007

Case 06-70232-hdh13    Doc 35    Filed 09/27/07    Entered 09/27/07 12:33:07    Desc Main
Document    Page 2 of 2

Telephone (972) 394-3086  
Facsimile: (972) 394-1263  
ATTORNEYS FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was deposited in a U.S. mail receptacle or electronically mailed to the attention of the following persons on September 27, 2007:

Debtor(s):
JOHN MICHAEL FLANNERY
KATIE MARGARET FLANNERY
2949 STEARNS AVE
WICHITA FALLS, TEXAS 76308

Trustee:
WALTER O'CHESKEY
6308 IOLA AVENUE
LUBBOCK, TEXAS 79424

Debtor(s) Attorney:
MONTE J. WHITE
1106 BROOK AVENUE
WICHITA FALLS, TEXAS 76301
**Certified Mail Return Receipt Requested**

U.S. TRUSTEE
1100 COMMERCE STREET, ROOM 9C60
DALLAS, TEXAS 75202

Parties Requesting Notice:

RECOVERY MANAGEMENT
SYSTEMS CORP
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131

                                        /s/ Michael J. Schroeder
                                        Michael J. Schroeder

NCM-1147/1965363